UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TAMRA L. TVEIT,<br><br>    Plaintiff,<br><br> v.<br><br>RICHARD NATELSON,<br><br>    Defendant. | Case No. 4:11-CV-00258-EJL<br><br>**JUDGMENT** |

 Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED WITH PREJUDICE IN ITS ENTIRETY**.

DATED: **March 16, 2012**

*/s/ Edward J. Lodge*
~~Honor~~able Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**